| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)<br>JENNIFER L. STENEBERG (State Bar No. 202985) |
| 2 | THOMAS E. FRANKOVICH,<br>*A Professional Law Corporation* |
| 3 | 2806 Van Ness Avenue<br>San Francisco, CA 94109 |
| 4 | Telephone: 415/674-8600<br>Facsimile: 415/674-9900 |

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ASSOCIATED MAIN STREET PARTNERS, a California limited partnership; SHAHRAM ASSABBI, an individual; and KMK MANAGEMENT COMPANY,<br><br>　　　　Defendants. | CASE NO. C04-4308 BZ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

　　　　The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON　　　　　　　　　　　　1

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

6  Dated: June 29, 2005        THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*

8                               By:   /s/
                                   Jennifer L. Steneberg
9                                  Attorney for Plaintiffs CRAIG YATES and
                                   DISABILITY RIGHTS ENFORCEMENT,
10                                 EDUCATION SERVICES: HELPING YOU
                                   HELP OTHERS

11 Dated: June 24, 2005

13                              By:   /s/
                                   Michael Abbassi
14                                 Agent for Defendants ASSOCIATED MAIN
                                   STREET PARTNERS and KMK MANAGEMENT
15                                 COMPANY

17                              **ORDER**

18  IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to
19  Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
20  the purpose of enforcing the parties' Settlement Agreement and General Release should such
21  enforcement be necessary.

23  Dated:  June 30 , 2005

                                United States District Court
                                IT IS SO ORDERED
                                Magistrate Judge Bernard Zimmerman
                                Northern District of California

                                _____
25                              Hon. Bernard Zimmerman
                                UNITED STATE MAGISTRATE JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                              2